



## MEMORANDUM OPINION

No. 04-10-00525-CV

**IN THE INTEREST OF T.L.**, A Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00761
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
                  Rebecca Simmons, Justice
                  Steven C. Hilbig, Justice

Delivered and Filed:  October 27, 2010

DISMISSED

A filing fee of $175.00 was due from appellant Westley Lankford when this appeal was filed but the fee was not paid.  Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay—
> at the time an item is presented for filing—whatever fees are required by statute
> or Supreme Court order.  The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

Accordingly, on September 16, 2010, this court ordered appellant to either: (1) pay the applicable filing fee, or (2) provide written proof to this court that he is excused by statute or the Rules of Appellate Procedure from paying the fee.  *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment

of costs). Our order informed appellant that if he failed to provide such written proof within the time ordered, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c). Appellant has not responded. Accordingly, this appeal is dismissed. Costs of appeal are assessed against appellant.

PER CURIAM